UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**CORNERSTONE CHEMICAL COMPANY**          **C. A. NO.: 2:20-cv-01094-JCZ-JVM**

v.

**PARISH OF JEFFERSON**

### NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Cornerstone Chemical Company, voluntarily dismisses this action, and certifies that the Defendant, Parish of Jefferson, has filed neither an answer nor a motion for summary judgment.

Dated:  June 23, 2020

|  |  |
|---|---|
|  | /s/ Bradley C. Myers_____ |
|  | Bradley C. Myers (T.A.) (#1499) |
| Mitchell A. Karlan (*Of Counsel*) | brad.myers@keanmiller.com |
| Amer S. Ahmed (*Of Counsel*) | Amanda Collura-Day (#33777) |
| GIBSON, DUNN & CRUTCHER LLP | amanda.collura-day@keanmiller.com |
| 200 Park Avenue | KEAN MILLER LLP |
| New York, NY 10166-0193 | 400 Convention Street, Suite 700 |
| Telephone: (212) 351-3827 | Post Office Box 3513 (70821) |
|  | Baton Rouge, Louisiana 70802 |
|  | Telephone: (225) 387-0999 |
|  |  |
|  | *Attorneys for Cornerstone Chemical Company* |